ALICIA A.G. LIMTIACO
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC 28 2015
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>RICHIE R. ESEIN,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 15-00033<br><br>**UNITED STATES' MOTION TO FILE UNDER SEAL ITS §5K1.1 MOTION BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE** |

Comes now the United States and moves this Honorable Court for an Order allowing it to file its Motion for Downward Departure under USSG §5K1.1 under seal. The government makes this motion because the §5K1.1 motion explains the reasons that it is seeking a downward departure for defendant. Public disclosure at this time may inadvertently jeopardize ongoing investigations.

RESPECTFULLY SUBMITTED this 28th day of December 2015.

　　　　　　　　　　　　　　　　　ALICIA A.G. LIMTIACO
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　MARIVIC P. DAVID
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney