| Rev. 5-25-2017 | **District Court of Guam** |
|---|---|
| *Read Instructions on Page 3* | **DIGITAL AUDIO RECORDING ORDER** |
| | (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002) |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Leilani V. Lujan, Esq. | (671) 472-7437 | 7/18/17 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 400 Route 8, Suite 501 | Hagatna | GU | 96910 |

| 8. CASE NUMBER | 9. CASE NAME | 10. DATE(S) OF PROCEEDING(S) |
|---|---|---|
| CR 15-00033 | USA vs. Richie Esein | August 3, 2016 |

| 11. PRESIDING JUDICIAL OFFICIAL | LOCATION OF PROCEEDING(S) | |
|---|---|---|
| HON. Frances Tydingco Gatewood | 12. CITY Hagatna | 13. STATE GU |

**14. ORDER FOR**

☐ APPEAL          ■ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☐ BANKRUPTCY

☐ NON-APPEAL          ☐ CIVIL          ☐ IN FORMA PAUPERIS          ☐ OTHER (Specify)

15. Specify portion(s) and date(s) of proceeding(s) requested.

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ■ SENTENCING | August 3, 2016 | | |
| ☐ BAIL HEARING | | | |

*FILED*
*DISTRICT COURT OF GUAM*
*JUL 25 2017*
*JEANNE G. QUINATA*
*CLERK OF COURT*

**16. ORDER**

| ■ FTR Gold Format. Free player software included on CD.<br>☐ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.<br>☐ MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.<br>☐ Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software. | Media: ☒ CD   ☐ DVD | | |
|---|---|---|---|
| | NO. CD/DVD(s) | NO. COPIES | COSTS |
| | 1 | 1 | |
| | | | |

| CERTIFICATION (17 & 18)<br>By signing below, I certify that I will pay all charges<br>( deposit plus additional) upon completion of the order. | ESTIMATE TOTAL | |
|---|---|---|
| 17. SIGNATURE | 18. DATE<br>07/18/2017 | |

Reserved for Court Use Only:

| PROCESSED BY | | 7/20/17 | PHONE NUMBER | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE 7-19-17 | BY | DEPOSIT PAID | | |
| DEPOSIT PAID | | | TOTAL CHARGES | | |
| CD/DVD DUPLICATED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | (verbal) 7/20/17 | cme | TOTAL REFUNDED | | |
| PARTY RECEIVED CD/DVD | 7/25/17 | | TOTAL DUE | | |

**RECEIVED**

JUL 19 2017
8:52am

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM